UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD SHIFFLETT,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | CASE NO. 3:18-cv-05563-BAT<br><br>**ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(B)** |

Before the Court is Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C.§ 406(b). Dkt. 17. The Commissioner has no objection to Plaintiff's motion. Dkt. 18. Having considered the contentions of Plaintiff and Defendant, and good cause having been shown, it is **ORDERED** that Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $12,000.00 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney received total fees under the Equal Access to Justice Act of $5,140.21. On receipt of payment of the fee under 406(b), Plaintiff's attorney is directed to refund the amount of the EAJA fees to Plaintiff.

Social Security is directed to send a fee of $12,000.00 to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.

DATED this 6th day of September, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(B) - 1